No. 03–7634. SANCHEZ v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–7635. SELLERS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–7636. ROSENBORO v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–7639. JAMES v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–7640. BAILEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–7641. TAPIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–7642. THOMAS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–7643. THOMPSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–7645. BENNETT v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–7647. KENNETH A. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–7649. LAWRENCE-BEY v. WATTS ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–7650. ABORDO v. HAWAII. C. A. 9th Cir. Certiorari denied.

No. 03–7651. WILLIAMS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–7652. TILLIS v. UNITED STATES; FLORES-BARRERA v. UNITED STATES; and PENA v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 71 Fed. Appx. 400 (first judgment); 72 Fed. Appx. 232 (third judgment) and 965 (second judgment).